Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known) ______________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** Doris USA, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)** 76 – 0640584

**4. Debtor's address**

**Principal place of business**

840 Gessner Rd.
Number Street

Harris County, TX 77024-4142
City State ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________________

Debtor **Doris USA, Inc.** Case number *(if known)* ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ____________
  District ____________ When ____________
  MM / DD / YYYY
  Case number, if known ____________

Debtor **Doris USA, Inc.** Case number *(if known)* ____________
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________

**Where is the property?** ____________
Number Street
____________
____________ City ____ State ____ ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Doris USA, Inc.**
Name

Case number *(if known)* ____________

**15. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ❑ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/02/2026**
MM/ DD/ YYYY

✗ */s/ Robert Garcia*
Signature of authorized representative of debtor

Robert Garcia
Printed name

Title President and Chief Executive Officer

**18. Signature of attorney**

✗ */s/ Christopher Adams*
Signature of attorney for debtor

Date **10/02/2026**
MM/ DD/ YYYY

**Christopher Adams**
Printed name

**Okin Adams Bartlett Curry LLP**
Firm name

**1113 Vine Street, Suite 240**
Number Street

**Houston** | **TX** | **77002**
City | State | ZIP Code

**(713) 228-4100**
Contact phone

**cadams@okinadams.com**
Email address

**24009857**
Bar number

**TX**
State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: Doris USA, Inc.<br>United States Bankruptcy Court for the: Southern District of Texas<br>Case number (if known): ____________________ | ☐ Check if this is an amended filing |

**Official Form 204 (Modified)**

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1** | Servicio de Administración Tributaria (SAT), Av. Hidalgo No. 77, Col. Guerrero, Alcaldía Cuauhtémoc, Ciudad de México, C.P. 06300, Mexico | | Taxes – Mexican federal taxes owed by the Debtor's registered Mexican branch (RFC DUI1709197Q4; domicile Calle Mangle No. 7, Int. 302, Col. Miami, Ciudad del Carmen, Campeche, C.P. 24120) | Unliquidated | | | $1,900,000.00 (approximate) |
| **2** | James Fairbairn, c/o Mark G. Lazarz, Shellist Lazarz Slobin LLP<br>5373 W. Alabama St., Suite 600<br>Houston, Texas 77056 | Mark G. Lazarz (counsel), (713) 621-2277<br>mlazarz@eeoc.net | Litigation – claim for severance under the Employment Agreement (former President; Fairbairn v. Doris USA, Inc., Cause No. 2026-37555, 127th Dist. Ct., Harris County, Tex.), plus asserted unpaid bonus, PTO, expense reimbursement, and attorneys' fees. | Contingent, Unliquidated, Disputed | | | $381,472.00 plus unliquidated amounts |
| **3** | Haskoning<br>Laan 1914 nr 35<br>3818 EX Amersfoort<br>Postbus 1132<br>3800 BC Amersfoort | Tel: +310883482000 | Professional / engineering services | | | | $178,682.00 |
| **4** | Memorial City Towers, LTD<br>P.O. Box 301409<br>Dallas, TX 75303-1409 | Tel: (713) 973-6400 | Office lease – rent | | | | $85,101.15 |
| **5** | Alliantgroup LP<br>P.O. Box 4979<br>Houston, TX 77210 | Tel: (713) 877-9600 | Professional services (tax consulting) | | | | $82,835.50 |
| **6** | JPMorgan Chase Bank, N.A. – Commercial Card Solutions<br>PO Box 2015<br>Mail Suite IL1-6225<br>Elgin, IL 60121 | | Credit card debt (commercial card account) | | | | $64,647.21 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Health Care Service Corporation<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | Tel: (713) 354-7000 | Employee health insurance premiums | | | | $58,288.00 |
| 8 | IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373-0223 | Tel: (800) 247-6129 | Insurance premium financing | | | | $34,989.95 |
| 9 | Forvis Mazars LLP<br>910 E St. Louis Street<br>Suite 400<br>Springfield, MO 65806-2570 | Tel: (800) 247-6129 | Professional services (accounting/audit) | | | | $32,000.00 |
| 10 | Bentley Systems Inc.<br>PO BOX 828836<br>Philadelphia, PA 19182-8836 | Tel: (800) 513-5103<br>Email: bac@bentley.com | Software licensing | | | | $29,683.78 |
| 11 | Xirtix Consulting LLC<br>PO Box 56501<br>Houston, TX 77256-6501 | Tel: (713) 529-8700<br>Email: nick.dragna@xirtix.com | Consulting services | | | | $27,277.41 |
| 12 | Cronulla Consulting<br>106 Arnold Street<br>Houston, TX 77007 | Tel: (832) 651-3330 | Consulting services | | | | $14,250.00 |
| 13 | Promacon Inc<br>215 Lions Street<br>Jefferson, LA 70121 | Tel: (504) 834-3330 | Trade debt | | | | $9,395.15 |
| 14 | Whytsyd Design<br>5722 Martha Lane<br>Houston, TX 77032 | Tel: (832) 427-0366 | Design services | | | | $9,360.00 |
| 15 | Sachin Baviskar<br>8811 Black Cherry Crossing<br>Katy, TX 77494 | Tel: (832) 438-0442 | Contract / consulting services | | | | $8,352.65 |
| 16 | Asha Engineering Services<br>3103 S. Saddlebrok Dr<br>Katy, TX 77494 | Tel: (832) 427-0366<br>Bisuddha.datta@dorisgroup.com | Engineering services | | | | $8,120.00 |
| 17 | Alexander M Leguia T<br>Urb. San Bernardino,<br>Av. Jose Felix Ribas<br>Resd. La Placette,<br>Caracas, Venezuela | Tel: +584127389178 | Contract / consulting services | | | | $7,830.00 |
| 18 | GeoZ Consulting<br>19 Rue Arson<br>06300<br>Nice, FRANCE | s.zehzouh@geoz-consulting.com | Consulting services | | | | $7,024.60 |
| 19 | Guardian<br>P.O. Box 677458<br>Dallas, TX 75267-7458 | Tel: (713) 458-2828 | Employee dental/vision insurance premiums | | | | $6,682.68 |
| 20 | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | Credit card charges | | | | $5,615.53 |
| 21 | Phonoscope Services, Inc.<br>P.O. Box 421686<br>Houston, TX 77242 | Tel: (832) 615-7753<br>Email:<br>aramirez@phonoscope.com | Telecommunications services | | | | $4,280.10 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **22** | Intergraph Corporation<br>7088 Solution Center<br>Chicago, IL 60677-7000 | Tel: (800) 766-7701 | Software licensing | | | | $4,232.58 |
| **23** | Manuela Valdez Navar<br>R.F.C VANm650821LS1<br>AV Concordia NO. S/N Int. No.<br>L 9<br>COL Aeropuerto<br>Carmen Campeche | mvnarrendamientos@hotmail.com | Contract / consulting services | | | | $3,424.44 |
| **24** | Principal Life Ins.<br>PO Box 77202<br>Minneapolis, MN 55480-7200 | | Employee life/disability insurance premiums | | | | $3,357.32 |
| **25** | SMG<br>PO Box 17509<br>Sugar Land, TX 77496-7509 | Tel: (713) 789-0885 | Trade debt | | | | $2,878.78 |
| **26** | ADP, LLC<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Tel: (866) 426-9134 | Payroll processing services | | | | $2,008.27 |
| **27** | Tecnohargrove<br>Belisario Dominguez 2120<br>Planta Baja Oficina 3<br>Obispado<br>Monterrey | th.billing@tecnohargrove.com | Trade debt | | | | $1,868.89 |
| **28** | Luckhoo & Luckhoo<br>1 Croal Street,<br>Georgetown<br>Guyana | Tel: 225-9232 | Legal services | | | | $1,800.00 |
| **29** | Arc Integrity Inc.<br>5911 Evangeline Way<br>Baytown, TX 77523 | (281) 832-5335 | Inspection services | | | | $1,470.00 |
| **30** | Great America Leasing Corporation<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | Tel: (866) 266-5990 | Equipment lease | | | | $901.07 |
| | | | | | | **Total – 30 largest unsecured claims (for reference only; not part of the official form)** | **$2,977,829.06** |

Fill in this information to identify the case:

Debtor name **Doris USA, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): ____________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* ____________________
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/02/2026**
MM/ DD/ YYYY

✗ */s/ Robert Garcia*
Signature of individual signing on behalf of debtor

Robert Garcia
Printed name

Chief Executive Officer
Position or relationship to debtor

**United States Bankruptcy Court**
**Southern District of Texas**

In re **Doris USA, Inc.** Debtor(s)

Case No. ______

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Doris USA, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1: **DORIS Engineering Holding SAS**

❑ None [*Check if applicable*]

**10/02/2026**
Date

***/s/ Christopher Adams***

**Christopher Adams**
Signature of Attorney or Litigant
Counsel for **Doris USA, Inc.**
**Bar Number: 24009857**
**Okin Adams Bartlett Curry LLP**
**1113 Vine Street, Suite 240**
**Houston, TX 77002**
**Phone: (713) 228-4100**
**Email: cadams@okinadams.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:
**Doris USA, Inc.**

DEBTOR(S)

CHAPTER **11**

CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **DORIS Engineering Holding SAS** | **100%** | | **Equity Ownership** |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the **nonpublic corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/02/2026**

Signature: */s/ Robert Garcia*

# RESOLUTIONS OF THE BOARD OF DIRECTORS

# OF

# DORIS USA, INC.

*Adopted by Unanimous Written Consent*
*Pursuant to Article IV, Section 4.10 of the Bylaws*

---

**WHEREAS**, DORIS USA, Inc. (the "Company") is a corporation duly organized and existing under the laws of the State of Texas, incorporated on April 20, 2000 (Charter No. 1580186), with its principal office located at 840 Gessner Road, Suite 400, Houston, TX 77024; and

**WHEREAS**, the Bylaws of the Company (the "Bylaws") permit the Board of Directors (the "Board") to take action by unanimous written consent without a meeting pursuant to Article IV, Section 4.10 of the Bylaws; and

**WHEREAS**, the Company is engaged in the business of providing engineering, project management, and technical support services to clients in the oil, gas, energy, and related industries; and

**WHEREAS**, the Company is a wholly-owned subsidiary of DORIS Engineering Holding SAS, a société par actions simplifiée organized under the laws of France, with its registered office at 58A rue du Dessous des Berges, 75013 Paris, France (the "Parent"); and

**WHEREAS**, the Company has experienced significant financial difficulties, including declining revenues, sustained operating losses, persistent cash flow constraints, and difficulty meeting its obligations as they become due in the ordinary course of business; and

**WHEREAS**, the Board has carefully reviewed and considered the Company's current financial condition, cash position, current and projected liabilities, operational outlook, and available strategic alternatives, including, without limitation, reorganization under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and

**WHEREAS**, the Board has determined, in the exercise of its business judgment and consistent with its fiduciary duties to the Company and its stakeholders, that it is in the best interests of the Company, its creditors, and other parties in interest to authorize the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in order to preserve the value of the Company's business and assets and to facilitate an orderly reorganization of the Company's affairs.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Company is hereby authorized to commence a case under Chapter 11 of the Bankruptcy Code by filing a voluntary petition for relief (the "Chapter 11 Petition") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), and that the filing of such Chapter 11 Petition is hereby approved and authorized in all respects;

**FURTHER RESOLVED**, that the President and Chief Executive Officer (Mr. Robert Garcia) and the Chief Operating Officer (Mr. Stéphane Taxy)(each, an "Authorized Officer" and collectively, the "Authorized Officers"), each acting alone and without the joinder of any other Authorized Officer, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute, verify, deliver, and file the Chapter 11 Petition, together with all schedules of assets and liabilities, statements of financial affairs, lists of creditors, and all other documents, instruments, and papers required or advisable in connection with the commencement and administration of the Chapter 11 case (the "Chapter 11 Case");

**FURTHER RESOLVED**, that the Company authorizes the retention of the law firm of Okin Adams Bartlett Curry LLP ("Okin Adams") to represent the Company as general bankruptcy counsel and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Officer(s) is/are authorized and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of Okin Adams;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized to retain, employ, and compensate bankruptcy counsel, financial advisors, accountants, consultants, and such other professionals as may be necessary or appropriate in connection with the Chapter 11 Case, subject in each instance to approval of the Bankruptcy Court as required by the Bankruptcy Code and the applicable rules of the Bankruptcy Court;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized to negotiate, execute, and deliver any debtor-in-possession financing agreements, credit facilities, or other financing arrangements (collectively, "DIP Financing") as may be necessary or appropriate to fund the Company's operations and the administration of the Chapter 11 Case, subject in each instance to the approval of the Bankruptcy Court;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized to prepare, execute, file, and prosecute any and all "first day" motions, applications, and pleadings

(collectively, the "First Day Motions") as the Authorized Officers may deem necessary or appropriate to facilitate the orderly administration of the Chapter 11 Case and to minimize disruption to the Company's business operations, including, without limitation, motions relating to (i) the payment of pre-petition employee wages, salaries, benefits, and related obligations, (ii) the establishment of adequate assurance deposits for utility services, (iii) the continuation of insurance policies and programs, (iv) the continued use of the Company's existing cash management system, bank accounts, and business forms, and (v) the payment of claims of critical vendors and service providers;

**FURTHER RESOLVED**, that the Company is hereby authorized and directed to continue to operate its business and manage its properties as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code, and the Authorized Officers are hereby authorized to take all actions necessary or appropriate in connection with the continued operation of the Company's business during the pendency of the Chapter 11 Case;

**FURTHER RESOLVED**, that the Authorized Officers are hereby directed to provide prompt written notice to DORIS Engineering Holding SAS, as the sole shareholder of the Company, of the filing of the Chapter 11 Petition and of all material developments in the Chapter 11 Case, including, without limitation, the filing of any plan of reorganization or disclosure statement;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized and empowered, in the name and on behalf of the Company, to take any and all actions, execute and deliver any and all agreements, certificates, instruments, and other documents, and to incur any and all fees, costs, and expenses as may be reasonably necessary or advisable to carry out the purposes and intent of the foregoing resolutions, with such modifications, amendments, or supplements thereto as the Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by the execution and delivery thereof; and

**FURTHER RESOLVED**, that all actions heretofore taken by any officer, director, or authorized agent of the Company in connection with the preparation for the filing of the Chapter 11 Petition and the commencement of the Chapter 11 Case, including, without limitation, the engagement of professionals, the preparation of financial information and filing documents, and any communications with creditors and other parties in interest, are hereby ratified, confirmed, approved, and adopted in all respects as the acts and deeds of the Company.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date(s) set forth below, effective as of the last date of execution below.

DocuSigned by:
Christophe SARRI
424AEF08BC32470...

Mr. Christophe Sarri
Chairman of the Board

Date: 02-10-2026 | 02:17 PDT

DocuSigned by:
Francis Carmigniani
B62AC44FF1D14B8...

Mr. Francis Carmigniani
Director

Date: 02-10-2026 | 10:23 CEST

---

## CERTIFICATE

I, Robert Garcia, hereby certify that I am the duly appointed President and Chief Executive Officer of DORIS USA, Inc., a Texas corporation, and that the foregoing resolutions were duly adopted by the unanimous written consent of all members of the Board of Directors of the Company in accordance with Article IV, Section 4.10 of the Bylaws of the Company and the Texas Business Organizations Code.

I further certify that, as of the date of execution of this consent, the Board of Directors consists of two (2) members, namely Mr. Christophe Sarri and Mr. Francis Carmigniani, and that both directors have executed this Unanimous Written Consent.

**IN WITNESS WHEREOF**, I have hereunto set my hand as of the date set forth below.

Signed by:
Robert Garcia
FFB378EA7A1343F...

Robert Garcia
President and Chief Executive Officer, DORIS USA, Inc.

Date: 02-10-2026 | 13:38 CEST