Fill in this information to identify the case:

Debtor Name **Doris USA, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (If known): **26-90804**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $368.77 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JP Morgan Chase | Checking account | 0 4 7 9 | $194,849.02 |
| 3.2. | Wells Fargo | Checking account | 8 8 6 8 | $1,743.19 |
| 3.3. | Inbursa Banco | Checking account | 7 9 8 5 | $3,369.42 |
| 3.4. | Banamex | Checking account | | unknown |
| 3.5. | JP Morgan Chase | Savings account | 6 4 4 2 | $4,284.64 |
| 3.6. | JP Morgan Chase Certificate of Deposit | Certificate of deposit | 4 4 2 9 | $800,000.00 |

4. **Other cash equivalents** *(Identify all)*

4.1

4.2

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$1,004,615.04**

## Part 2: Deposits and prepayments

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Description | Current value of debtor's interest |
|---|---|---|
| 7.1 | | |
| 7.2 | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | Description | Current value of debtor's interest |
|---|---|---|
| 8.1 | **McCall-TL** | **$9,388.68** |
| 8.2 | **Indian Harbor** | **$12,102.03** |
| 8.3 | **Indian Harbor** | **$9,674.53** |
| 8.4 | **Great Midwest** | **$4,261.83** |
| 8.5 | **Insurance Company of the State of Pennsylvania** | **$1,973.67** |
| 8.6 | **Texas Mutual** | **$3,655.73** |
| 8.7 | **Virtual Integrated Analytics Solutions** | **$8,441.78** |
| 8.8 | **Aveva** | **$16,221.49** |
| 8.9 | **Bentley** | **$19,789.18** |
| 8.10 | **Operation Technology** | **$2,528.72** |
| 8.11 | **Achillies** | **$2,140.23** |

9. **Total of Part 2** **$90,177.87**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$848,891.79** | - | **unknown** | =..... ➔ | **$848,891.79** |
| 11b. Over 90 days old: | **$2,727,621.09** | - | **$418,892.40** | =..... ➔ | **$2,308,728.69** |

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**

Name

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$3,157,620.48**

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | | | |
| 15.2. | | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
|---|---|---|
| 16.1 | | |
| 16.2 | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | | | |
| 20. **Work in progress** | MM / DD / YYYY | | | |

21. **Finished goods, including goods held for resale**

______ MM / DD / YYYY ______ ______ ______

22. **Other inventory or supplies**

______ MM / DD / YYYY ______ ______ ______

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. ______

24. **Is any of the property listed in Part 5 perishable?**
- ❑ No
- ❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ❑ No
- ❑ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ❑ No
- ❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. ______

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

34. **Is the debtor a member of an agricultural cooperative?**

❑ No
❑ Yes. Is any of the debtor's property stored at the cooperative?
  ❑ No
  ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No
❑ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No
❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Office Furniture** | **$192,904.88** | | **$192,904.88** |
| 40. **Office fixtures** | | | |
| **Leasehold Improvements** | **$200,470.27** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer equipment, communications systems & software** | **$57,068.57** | | **$57,068.57** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. **$249,973.45**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☐ No
- ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Other machinery, fixtures & equipment** | **$12,855.14** | | **$12,855.14** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$12,855.14**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademark- DORAIM** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** | | | |
| **Doris-INC.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| **Professional Engineering License** | **$0.00** | | **$0.00** |

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| Customer List | $0.00 | | $0.00 |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10** **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ Total face amount – _____ doubtful or uncollectible amount = → _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| Potential TX R&D Credits | | $150,000.00 |
| Net Operating Losses | | $2,698,609.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Counterclaims against James Fairbairn** **$1,000,000.00**

**Nature of claim** **Breach of Fiduciary Duty, Conversion, Breach of Contract, Unjust Enrichment, Declaratory Judgment**

**Amount requested** **$1,000,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Work In Progress** **$1,930,958.43**

78. **Total of Part 11** **$5,779,567.43**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

❑ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,004,615.04 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $90,177.87 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $3,157,620.48 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $249,973.45 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,855.14 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | $5,779,567.43 | |
| 91. | **Total.** *Add lines 80 through 90 for each column.* 91a. | $10,294,809.41 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. **$10,294,809.41**

**Fill in this information to identify the case:**

Debtor name **Doris USA, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (if known): **26-90804**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**

**JP Morgan Chase Bank**

**Creditor's mailing address**

**712 Main Street Floor 12**

**Houston, TX 77002**

**Creditor's email address, if known**

**Date debt was incurred** 5/3/2019

**Last 4 digits of account number** 8 9 8 4

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

JP Morgan Chase Certificate of Deposit

Column A: **$800,000.00** Column B: **$800,000.00**

**Describe the lien**

**Security Interest in Certificate of Deposit**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** CD pledged as collateral for the business line of credit

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$800,000.00**

Fill in this information to identify the case:

Debtor name: Doris USA, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 26-90804

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Aadarshi Patel<br>Address internally omitted<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:** Employee vacation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,522.35 | $3,522.35 |
| 2.2 | Adrian Salinas<br>Address internally omitted<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:** Employee vacation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,201.90 | $5,201.90 |

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 1: Additional Page**

**2.3** **Priority creditor's name and mailing address**
Amanda Golden
Address internally omitted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** Employee vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,515.24 $3,515.24

**2.4** **Priority creditor's name and mailing address**
Aminta Rosales
Address internally omitted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** Employee vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,828.50 $5,828.50

**2.5** **Priority creditor's name and mailing address**
Brian Parish
Address internally omitted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** Employee vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,516.24 $6,516.24

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 1: Additional Page**

**2.6** Priority creditor's name and mailing address
**Carlos Anez**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,576.51** **$8,576.51**

**2.7** Priority creditor's name and mailing address
**Charlie White**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,491.97** **$2,491.97**

**2.8** Priority creditor's name and mailing address
**Colin Waguespack**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,096.80** **$4,096.80**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 1: Additional Page**

**2.9** Priority creditor's name and mailing address
**Dan Swann**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,519.15** **$7,519.15**

**2.10** Priority creditor's name and mailing address
**David Mora**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49.02** **$49.02**

**2.11** Priority creditor's name and mailing address
**Fernando Vera**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,179.91** **$2,179.91**

Debtor **Doris USA, Inc.**
Name

Case number *(if known)* **26-90804**

## Part 1: Additional Page

**2.12** **Priority creditor's name and mailing address**
**Francisco Sosa**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,112.36** **$8,112.36**

**2.13** **Priority creditor's name and mailing address**
**Gaston Mora-Sanchez**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,039.57** **$16,039.57**

**2.14** **Priority creditor's name and mailing address**
**Gerrit Kirkwood**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,210.44** **$16,210.44**

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

**Part 1: Additional Page**

**2.15** **Priority creditor's name and mailing address**
**Giuseppe Rizzo**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$14,748.80** **$14,748.80**

**2.16** **Priority creditor's name and mailing address**
**Guerson Martinez**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$9,520.80** **$9,520.80**

**2.17** **Priority creditor's name and mailing address**
**HealthEquity**
**15 W Scenic Pointe Dr**
**Draper, UT 84020-6118**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:** **employee benefits**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00** **$0.00**

**Part 1: Additional Page**

**2.18** **Priority creditor's name and mailing address**

**Jeff Whipple**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,043.96** **$12,043.96**

**2.19** **Priority creditor's name and mailing address**

**Jennifer Alexie**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,241.47** **$6,241.47**

**2.20** **Priority creditor's name and mailing address**

**Jerome Raffaelli**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,812.01** **$8,812.01**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 1: Additional Page

**2.21** **Priority creditor's name and mailing address**
**Joaquin Serrano**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,912.63** **$14,912.63**

**2.22** **Priority creditor's name and mailing address**
**Jonathan Armenta**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,401.71** **$1,401.71**

**2.23** **Priority creditor's name and mailing address**
**Ligia Tornisiello**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,735.62** **$7,735.62**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 1: Additional Page

**2.24** **Priority creditor's name and mailing address**
**Meagan Parker**
**Address internally omitted**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$7,766.58** **$7,766.58**

**Date or dates debt was incurred**

**Basis for the Claim:** **Employee vacation**

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.25** **Priority creditor's name and mailing address**
**Mohamed Dessoukey**
**Address internally omitted**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$14,800.89** **$14,800.89**

**Date or dates debt was incurred**

**Basis for the Claim:** **Employee vacation**

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.26** **Priority creditor's name and mailing address**
**Osiel Lara**
**Address internally omitted**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$6,658.22** **$6,658.22**

**Date or dates debt was incurred**

**Basis for the Claim:** **Employee vacation**

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 1: Additional Page

**2.27** **Priority creditor's name and mailing address**
**Patricia Vasquez**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** **$1,809.28** **$1,809.28**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.28** **Priority creditor's name and mailing address**
**Rick Curto**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** **$3,745.26** **$3,745.26**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.29** **Priority creditor's name and mailing address**
**Robert Garcia**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** **$17,452.80** **$17,150.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

**Part 1: Additional Page**

**2.30** Priority creditor's name and mailing address
**Sachin Baviskar**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,616.93** **$16,616.93**

**2.31** Priority creditor's name and mailing address
**Selim Ozkul**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,139.20** **$17,139.20**

**2.32** Priority creditor's name and mailing address
**Selma Ozkul**
**Address internally omitted**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: **Employee vacation**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,808.95** **$8,808.95**

Debtor **Doris USA, Inc.**
Name

Case number *(if known)* **26-90804**

## Part 1: Additional Page

**2.33 Priority creditor's name and mailing address**

**Stephane Taxy**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$9,437.89** **$9,437.89**

**2.34 Priority creditor's name and mailing address**

**T. Rowe Price Retirement Plan Services**
**P.O. Box 64012**
**Plan Number 657828**
**Baltimore, MD 21264-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **401k provider**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00** **$0.00**

**2.35 Priority creditor's name and mailing address**

**Troy Weiss**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$7,166.28** **$7,166.28**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 1: Additional Page

**2.36** **Priority creditor's name and mailing address**
**Waldemar Finol**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$979.96** **$979.96**

**2.37** **Priority creditor's name and mailing address**
**Wen-Xing Huang**
**Address internally omitted**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Employee vacation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,383.30** **$12,383.30**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
ABS Group
1701 City Plaza Drive
The Woodlands, TX 77389

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.2 Nonpriority creditor's name and mailing address**
Achanta AceEngineer
11511 Piping Rock Drive,
Houston, TX 77077

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.3 Nonpriority creditor's name and mailing address**
Alejandra Allison
Address internally omitted

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Severance

**Is the claim subject to offset?**
☑ No
☐ Yes

**$60,000.00**

**3.4 Nonpriority creditor's name and mailing address**
Alexander M Leguia T
Urb. San Bernardino,
Av. Jose Felix Ribas
Resd. La Placette, Caracas, Venezuela

**Date or dates debt was incurred** 8/24/2026
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Contract/consulting services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,830.00**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

Alliantgroup LP
P.O. Box 4979
Houston, TX 77210

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $82,835.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Professional services (tax consulting)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

American Substance Abuse Professional
PO Box 7035
Pasadena, CA 91109

Date or dates debt was incurred 12/8/2025, 9/30/2026
Last 4 digits of account number

**As of the petition filing date, the claim is:** $109.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**

Arc Integrity Inc.
5911 Evangeline
Baytown, TX 77523

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $1,470.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Inspection Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

Asha Engineering Services
3103 S. Saddlebrok Dr
Katy, TX 77494

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $8,120.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Engineering services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address
**Autodesk, Inc.**
**The Landmark @ One Market**
**1 Market Street, Suite 400**
**1 Market Street 400**
**San Francisco, CA 94105**

Date or dates debt was incurred ________
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Software**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.10** Nonpriority creditor's name and mailing address
**AVEVA Software, LLC**
**26561 Rancho Parkway South**
**Lake Forest, CA 92630**

Date or dates debt was incurred ________
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Software**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.11** Nonpriority creditor's name and mailing address
**Bart Andeer**
**29449 Princeville Drive**
**San Antonio, FL 33576**

Date or dates debt was incurred ________
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **1099 contractor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.12** Nonpriority creditor's name and mailing address
**Beaver Offshore, LLC**
**20518 Walnut canyon Drive**
**Katy, TX 77450**

Date or dates debt was incurred ________
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **1099 contractor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.**
Name

Case number *(if known)* **26-90804**

## Part 2: Additional Page

**3.13 Nonpriority creditor's name and mailing address**

**Bentley Systems Inc.**
**P.o. Box 828836**
**Philadelphia, PA 19182-8836**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$29,683.78**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Software license

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

**BP Bricks**
**Baptiste PIERRÉ (EI)**
**97 Rue de Malabry**
**92350 Le Plessis Robinson**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Lego Model Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

**Charlie White**
**2010 Lytham Lane**
**Katy, TX 77450**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$15,640.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

**Chase Card Services**
**P.O. Box 1423**
**Charlotte, NC 28201**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$21,290.97**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** credit card charges

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: Additional Page

**3.17 Nonpriority creditor's name and mailing address**

**Cintas**
**P.o. Box 631025**
**Cincinnati, OH 45263-1025**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$159.85**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Office supplies

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

**Cronulla Consulting**
**106 Arnold St**
**Houston, TX 77007-7202**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,250.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consulting services

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

**Crux Consulting**
**18312 Harney St**
**Elkhorn, NE 68022**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

**Dassault Systèmes Americas Corp**
**175 Wyman Street,**
**Waltham, MA 02451**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.21 Nonpriority creditor's name and mailing address**
**David Broussard**
**P.O. Box 0471**
**Sugar Land, TX 77487**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **1099 contractor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.22 Nonpriority creditor's name and mailing address**
**Doris Engineering**
**58A, rue du Dessous des Berges**
**France, 75013**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$528,431.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Subcontracting services**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**3.23 Nonpriority creditor's name and mailing address**
**Doris Engineering Holding**
**58A Rue Du Dessous Des Berges**
**Paris, France 75013**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Parent company fees/expenses**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
**DORIS Group**
**58A Rue Du Dessous des Berges**
**Paris, France 75013**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$3,433,224.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Repayment of loan and management/royalty fees**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.25** Nonpriority creditor's name and mailing address
**Doris Marine**
**Immeuble le Neuilly**
**Bat. B. 18 boulevard Sergent**
**Triaire, 30000**
**Nimes, France**

As of the petition filing date, the claim is: **$529,513.98**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontracting services**

Is the claim subject to offset?
☐ No
☑ Yes

Date or dates debt was incurred ________
Last 4 digits of account number ____

**3.26** Nonpriority creditor's name and mailing address
**Dreamland Technology LLC**
**21115 Kelliwood Arbor Lane**
**Katy, TX 77450**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **1099 contractor**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred ________
Last 4 digits of account number ____

**3.27** Nonpriority creditor's name and mailing address
**ETAP, Opertaion Technology**
**17 Goodyear**
**Irvine, CA 92618**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Software**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred ________
Last 4 digits of account number ____

**3.28** Nonpriority creditor's name and mailing address
**EverPoweredEnergy**
**4715 Cinco Forest Trail**
**Katy, TX 77494**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **1099 contractor**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred ________
Last 4 digits of account number ____

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.29 Nonpriority creditor's name and mailing address**

Expertly Consulting, Inc
3717 Shadow Cove Drive
Houston, TX 77082

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: 1099 contractor

Is the claim subject to offset?
☑ No
☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

FLOWASSURE Engineering LLC
20927 Springport ct
Katy, TX 77450

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: 1099 contractor

Is the claim subject to offset?
☑ No
☐ Yes

**3.31 Nonpriority creditor's name and mailing address**

Forum Services International SAS
231 Rue Saint-Honore
75001 Paris France

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

**3.32 Nonpriority creditor's name and mailing address**

Forvis Mazars LLP
2700 Post Oak Blvd 1500
Houston, TX 77056

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** $32,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional services (accounting/audit)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.33 Nonpriority creditor's name and mailing address**

Foster LLP
3 Greenway Plaza #800
Houston, TX 77046

Date or dates debt was incurred ________

Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Attorney's Fees

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

GDT Offshore S.A. DE C.V.
33A 16A
COL. Burocrata
Ciudad Del Carmen, Campeche
Mexico C.P. 24160

Date or dates debt was incurred ________

Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** subcontractor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.35 Nonpriority creditor's name and mailing address**

GeoMaxEd
50 South Mews Wood Ct
The Woodlands, TX 77381

Date or dates debt was incurred ________

Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

GeoZ Consulting
19 Rue Arson
Nice, France 06300

Date or dates debt was incurred ________

Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$7,024.60**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consulting services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

**Part 2: Additional Page**

**3.37** Nonpriority creditor's name and mailing address
**Great America Leasing Corporation**
**P.o. Box 660831**
**Dallas, TX 75266-0831**

Date or dates debt was incurred ______
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$901.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rental Office Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address
**Guerson Martinez**
**Address internally omitted**

Date or dates debt was incurred ______
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$123,770.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Severance**

Is the claim subject to offset?
☑ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address
**Haskoning**
**Laan 1914 nr 35**
**3818 EX Amersfoort**
**Postbus 1132**
**3800 BC Amersfoort ,**

Date or dates debt was incurred ______
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$178,682.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **professional/engineering services-subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address
**Hector Roman**
**Bahia del Ostién Nüm. Exterior: 5,**
**Entre calle: Bahia del CamarOn y**
**Bahia del Tiburon.**
**Colonia: del Pescador Municipio**
**Alvarado Lælidad: Alvarado**
**Entidad Veracruz.**
**9**
**Entidad Veracruz. 95250,**

Date or dates debt was incurred ______
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **1099 contractor**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.41 Nonpriority creditor's name and mailing address**
Indian Harbor Insurance Company
677 Washington Blvd., Suite 1000
Stamford, CT 06901

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** corporate insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42 Nonpriority creditor's name and mailing address**
Infinity MEP Consultant
12014 Windfern Rd
Houston, TX 77064

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$6,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43 Nonpriority creditor's name and mailing address**
Ingessa
Calle de la Cruz del Río 21, 53110
Naucalpan de Juárez, México

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44 Nonpriority creditor's name and mailing address**
Insurance Company of State of Pennsylvania
1271 AVE OF THE AMERICAS FL 37
New York, NY 10020

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** corporate insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.45 Nonpriority creditor's name and mailing address**
Intergraph Corporation
Solution Center 7088
Chicago, IL 60677-0001

**As of the petition filing date, the claim is:** **$4,232.58**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Software license

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**
J.William Jones Consulting Engineers Inc.
5561 Ocean Terrace Drive,
Huntington Beach, CA 92648

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** 1099 contractor

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.47 Nonpriority creditor's name and mailing address**
James Fairbairn
c/o Mark G. Lazarz, Shellist Lazarz Slobin LLP
5373 W. Alabama St 600
Houston, TX 77056

**As of the petition filing date, the claim is:** **$381,472.00**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Lawsuit

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.48 Nonpriority creditor's name and mailing address**
JFIG Consultancy and Services LLC
15 Royal Palm Way #602
Boca Raton, FL 33432

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** 1099 contractor

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: Additional Page

**3.49** **Nonpriority creditor's name and mailing address**
Joaquin Serrano
Address internally omitted

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Severance/Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
Juan Chang
26706 Grey Peregrine Dr
Katy, TX 77494

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
Karina Vásquez Vázquez
Av. Los Ríos No.201, Casa No.114,
Colonia Tabasco 2000,
Villahermosa

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
Keentel LLC
5407 Red Admiral Pl,
Riverview, FL 33578

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Name — Case number *(if known)* **26-90804**

## Part 2: Additional Page

**3.53 Nonpriority creditor's name and mailing address**

Kizer Energy, Inc.
16290 Katy Freeway 410
Houston, TX 77094

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.54 Nonpriority creditor's name and mailing address**

Ligia Tornisiello
Address internally omitted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Retention Bonus

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.55 Nonpriority creditor's name and mailing address**

Lotte Chemical USA (LACC)
840 Gessner Rd Ste 500
Harris County, TX 77024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$22,029.06**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sublessee deposit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

Luckhoo & Luckhoo
1 Croal Street,
Georgetown, Guyana

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,800.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Legal services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.**
Name

Case number *(if known)* **26-90804**

## Part 2: Additional Page

**3.57 Nonpriority creditor's name and mailing address**

Luis Chiriboga
1017 Bear Creek Circle
Breaux Bridge, LA 70517

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: 1099 contractor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

Manuela Valdez Navar
R.F.C VANm650821LS1
AV Concordia NO. S/N Int. No.
L 9
COL Aeropuerto
Carmen Campeche,

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $1,660.72
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent for apartment in Mexico

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.59 Nonpriority creditor's name and mailing address**

Memorial City Towers, LTD
P.O. Box 301409
Dallas, TX 75303

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $85,101.15
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Office Lease

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

Mercury County Mutual Insurance Company
Po Box 10730
Santa Ana, CA 92711-1991

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: corporate insurance

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.61 Nonpriority creditor's name and mailing address**
**MoFlo Consulting**
**2423 Elkton Court**
**Pearland, TX 77584**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.62 Nonpriority creditor's name and mailing address**
**MRM Energy Ventures, L.P.**
**2123 Bering Drive**
**Houston, TX 77057**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.63 Nonpriority creditor's name and mailing address**
**NES Global LLC**
**800 Gessner Rd, #800**
**Harris County, TX 77024**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.64 Nonpriority creditor's name and mailing address**
**Nicholas Consulting Group**
**600 N. Marienfeld, 390**
**Midland, TX 79701**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.65** Nonpriority creditor's name and mailing address
**Nomarna Construccion E Ingenieria S.A.**
**Calle: 35 No. 326 entre 68 y 7**
**Calle: 35 No. 326 entre 68 y 7**
**Carmen, Campeche , MEXICO,**

Date or dates debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☐ No
☑ Yes

**3.66** Nonpriority creditor's name and mailing address
**Novellant Engeering Services LLC**
**440 Cobia Drive 301**
**Katy, TX 77494**

Date or dates debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **1099 contractor**

Is the claim subject to offset?
☑ No
☐ Yes

**3.67** Nonpriority creditor's name and mailing address
**Ocean and Land Offshore Services**
**1095 Evergreen Cir #200 200**
**The Woodlands, TX 77380-3646**

Date or dates debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**3.68** Nonpriority creditor's name and mailing address
**Oil and Human**
**Avenida Paseo Tabasco 1203,**
**Torre Empresarial Piso 8 No. 60S**
**A, Colonia Linda Vista,**
**Villahermosa, Tabasco, Mexico, CP 86050**

Date or dates debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.69** **Nonpriority creditor's name and mailing address**
**Olivier Andrieux**
**13507 Grand Masterpiece Lane,**
**Houston, TX 77041**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **1099 contractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
**PACMA**
**Avenida Marina Nacional 329, Colonia Verónica Anzures, C.P. 11311, Miguel Hidalgo, Ciudad de México**
**CDMX, Mexico**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Subcontractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
**Petrofac Engineering & Production**
**Brook House**
**88-100 Chertsey Road**
**Surrey GU21 58J**
**Woking, UK,**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Subcontractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
**Phonoscope Services, Inc.**
**P.o. Box 421686**
**Houston, TX 77242-1686**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$1,426.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Telecommunications services- internet**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: Additional Page

**3.73 Nonpriority creditor's name and mailing address**
**Polaris Safety & Risk, LLC**
**19422 Carpenters Bayou Ct**
**Cypress, TX 77433**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Subcontractor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.74 Nonpriority creditor's name and mailing address**
**Precision Architecture PLLC**
**17130 N Wayne Ln.**
**Pearland, TX 77584**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Subcontractor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.75 Nonpriority creditor's name and mailing address**
**Promacon Inc**
**215 Lions St**
**New Orleans, LA 70121**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$9,395.15**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **1099 contractor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.76 Nonpriority creditor's name and mailing address**
**Robert Garcia**
**Address internally omitted**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$302,515.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Severance**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.77 Nonpriority creditor's name and mailing address**
**RYAN (Paradigm Tax Group)**
**840 Gessner Road Ste 320**
**Harris County, TX 77024**

**As of the petition filing date, the claim is:** **$83,068.94**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Sublessee deposit**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.78 Nonpriority creditor's name and mailing address**
**Sachin Baviskar**
**Address internally omitted**

**As of the petition filing date, the claim is:** **$8,352.65**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Employee expense report**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.79 Nonpriority creditor's name and mailing address**
**Schnee Engineering, Inc.**
**1403 River Cliff**
**Richmond, TX 77406**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **1099 contractor**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.80 Nonpriority creditor's name and mailing address**
**Sean Thomas**
**2041 Western Village Ln**
**Houston, TX 77043**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **1099 contractor**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

**Part 2: Additional Page**

**3.81** Nonpriority creditor's name and mailing address
**Servicio de Administración Tributaria (SAT), Av**
**Hidalgo No. 77, Col. Guerrero, Alcaldía Cuauhtémoc, Ciudad de México, C.P. 06300, Mexico**
**Hidalgo No. 77, Col. Guerrero, Alcaldía Cuauhtémoc,**
**Ciudad de México, C.P.,**

Date or dates debt was incurred

Last 4 digits of account number **9 7 Q 4**

As of the petition filing date, the claim is: **$1,900,000.00**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.82** Nonpriority creditor's name and mailing address
**SMG**
**Po Box 17509**
**Sugar Land, TX 77496-7509**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$2,878.78**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.83** Nonpriority creditor's name and mailing address
**Stargel Office Systems**
**4700 Blalock Rd**
**Houston, TX 77041-9239**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Copier maintenance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.84** Nonpriority creditor's name and mailing address
**STAT Marine LTD**
**Innovation House**
**Innovation Way, Sandwich, Kent**
**CT13 9FF United Kingdom ,**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$386,429.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Subcontracting services**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

## Part 2: Additional Page

**3.85** **Nonpriority creditor's name and mailing address**
**Stephane Taxy**
**Address internally omitted**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,024.17**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Employee expense report**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**
**Stericycle, Inc.**
**28883 Network Place**
**Chicago, IL 60673-1288**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* **$254.60**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **office supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**
**Subsea Systems & Intervention LLC**
**2005 Diamond Spring Drive**
**Houston, TX 77077**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **1099 contractor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**
**Sugineer Services LLC**
**20519 Walnut Canyon Drive**
**Katy, TX 77450**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **1099 contractor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

**Part 2: Additional Page**

**3.89** **Nonpriority creditor's name and mailing address**
Tara Consulting
12523 Overcup Drive,
Harris County, TX 77024

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90** **Nonpriority creditor's name and mailing address**
Techint Compania Tecnica Internacional S.A.C.I.
Bouchard 557, CABA, Argentina

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.91** **Nonpriority creditor's name and mailing address**
Tecnohargrove
Belisario Dominguez 2120
Planta Baja Oficina 3
Obispado, Monterrey ,

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,868.89**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.92** **Nonpriority creditor's name and mailing address**
Texas Mutual Insurance Company
PO Box 12058
Austin, TX 78711

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** corporate insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number (*if known*) **26-90804**
Name

## Part 2: Additional Page

**3.93** **Nonpriority creditor's name and mailing address**
Trillium Flow Technologies (WeirFlow)
12848 Queensbury Lane #206
Harris County, TX 77024

**As of the petition filing date, the claim is:** **$30,050.01**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sublessee deposit

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**
Tuaranzas Bravo & Ambrosi
Paseo de los Tamarindos 100 Piso 3 Bosques de las Lomas
05120 Ciudad De Mexico Mexico

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Mexico Tax Accounts

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.95** **Nonpriority creditor's name and mailing address**
TUC Energy Solutions
Veracruz 207-A Col. Guadalupe,
Tampico, Tamaulipas, 89120

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Subcontractor

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96** **Nonpriority creditor's name and mailing address**
Upchurch Intl
32 Quiet Vista Drive
Sugar Land, TX 77498

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 contractor

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: Additional Page

**3.97** **Nonpriority creditor's name and mailing address**

**VIAS3D**
**16000 Park Ten Place 301**
**Houston, TX 77084**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Software

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.98** **Nonpriority creditor's name and mailing address**

**Viking Engineering**
**13501 Katy Fwy Ste 3300**
**Houston, TX**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.99** **Nonpriority creditor's name and mailing address**

**VIPRO Tech LLC**
**10525 Greenbough Drive**
**Stafford, TX 77477**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** 1099 contractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.100** **Nonpriority creditor's name and mailing address**

**Whytsyd Design**
**5722 Martha Ln**
**Houston, TX 77032-2630**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Design services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$9,360.00**

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 2: Additional Page

**3.101 Nonpriority creditor's name and mailing address**

Xirtix Consulting LLC
Po Box 56501
Houston, TX 77256-6501

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$27,762.10**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consulting services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Doris USA, Inc.** Case number *(if known)* **26-90804**
Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jean-Charles Demortier**<br>**Didier Courtoux**<br>**62 bd de Sebastopol**<br>**75003 Paris France** | Line **3.31**<br>❑ Not listed. Explain | |

Debtor **Doris USA, Inc.**
Name

Case number *(if known)* **26-90804**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$290,042.50** |
| 5b. **Total claims from Part 2** | 5b. | + | **$8,354,117.25** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$8,644,159.75** |

Fill in this information to identify the case:

Debtor name **Doris USA, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (If known): **26-90804** Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Mechanical Integrity Activities & Emergency Response Plans (SO-114)** | **ABS Group**<br>**1701 City Plaza Drive**<br>**The Woodlands, TX 77389** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **MSA for consulting** | **Achanta AceEngineer**<br>**11511 Piping Rock Drive,**<br>**Houston, TX 77077** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | **MSA for Facility Engineering Services in Cameroon** | **ADDAX**<br>**Sea Port Are Youpwe**<br>**PO Box Box 2273**<br>**Douala Cameroon,** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | **MSA for consulting** | **Alexander Leguia**<br>**Urb. San Bernardino, Av. José Felix Ribas, Resd. La Placette, Caracas**<br>**Venezuela 1011** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MSA for Facility Engineering Services in Angola | ALNG<br>Olympus Building, Via SIO, SIN, Talatona<br>Belas Angola Caixa<br>10645 Luanda-Angola, |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Arc Integrity Inc.<br>5911 Evangeline Way<br>Baytown, TX 77523 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Asha Engineering Services<br>3103 S. Saddlebrok Dr<br>Katy, TX 77494 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Engineering software | Autodesk, Inc.<br>The Landmark @ One Market<br>1 Market Street 400<br>San Francisco, CA 94105 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services | AVEVA Software, LLC<br>26561 Rancho Parkway South<br>Lake Forest, CA 92630 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Bart Andeer<br>29449 Princeville Drive<br>San Antonio, FL 33576 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Beaver Offshore, LLC<br>20518 Walnut canyon Drive<br>Katy, TX 77450 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Engineering software | Bentley Systems, Inc.<br>685 Stockton Drive,<br>Exton, PA 19341 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Employee Health and Presciption Plan | Blue Cross Blue Shield of Texas<br>1001 E Lookout Dr<br>Richardson, TX 75082-4144 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | MSA for Facility Engineering Services in Angola | CABGOC<br>Av. Dr. Agostinho Neto Edificio Chevron s/n Nova Marginal C.P.<br>2950 Luanda, Republica de Angola |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting services | Charlie White<br>2010 Lytham Lane<br>Katy, TX 77450 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Subleasing Agency Agreement | Colliers International Houston, Inc.<br>1233 West Loop South, Suite 900<br>Houston, TX 77027 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Name Case number (if known) **26-90804**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Cronulla Consulting<br>20223 Laurel Lock Drive,<br>Katy, TX 77450 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Crux Consulting<br>18312 Harney St<br>Elkhorn, NE 68022 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Engineering software | Dassault Systèmes Americas Corp<br>175 Wyman Street,<br>Waltham, MA 02451 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | David Broussard<br>P.O. Box 0471<br>Sugar Land, TX 77487 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | PO for a specific SOW | Doris Austraila<br>Level 8, 109 St Georges Terrace Perth, Western Australia<br>6000 Australia |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Intra-group services agreement | DORIS Group<br>58A Rue Du Dessous des Berges<br>Paris, France 75013 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Trademark license agreement | DORIS Group<br>58A Rue Du Dessous des Berges<br>Paris, France 75013 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.**
Name

Case number (if known) **26-90804**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for COTCO project | Doris Marine<br>Immeuble le Neuilly Bat. B. 18 boulevard Sergent Triaire, 30000<br>Nimes, France |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Dreamland Technology LLC<br>21115 Kelliwood Arbor Lane<br>Katy, TX 77450 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | service contact | ENBRIDGE<br>425 W. Superior St., Ste. 1100<br>Duluth, MN 55802 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services | ETAP, Opertaion Technology<br>17 Goodyear<br>Irvine, CA 92618 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | EverPoweredEnergy<br>4715 Cinco Forest Trail<br>Katy, TX 77494 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Expertly Consulting, Inc<br>3717 Shadow Cove Drive<br>Houston, TX 77082 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | MSA for engineering services | Exxon<br>22777 Springwoods Village Pwky<br>Springs, TX 77389 |
| | State the term remaining | 20 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | FLOWASSURE Engineering LLC<br>20927 Springport ct<br>Katy, TX 77450 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | FMC Technologies Inc.<br>13460 Lockwood RD<br>Houston, TX 77044 |
| | State the term remaining | 62 months | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | Forum Services International SAS<br>231 rue Saint Honoré<br>75001 Paris France |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting services | GeoMaxEd<br>50 South Mews Wood Ct<br>The Woodlands, TX 77381 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | GeoZ Consulting<br>19 Rue Arson<br>Nice, France 06300 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Software Lease Financing | Great American Finance Services<br>PO Box Box 660831<br>Dallas, TX 75266 |
| | State the term remaining | 53 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Office Copier Lease Financing | Great American Finance Services<br>PO Box Box 660831<br>Dallas, TX 75266 |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | IT Equipment Lease Financing | Great American Finance Services<br>PO Box Box 660831<br>Dallas, TX 75266 |
| | State the term remaining | 53 months | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Employee Life and AD&D Insurance,<br>Short and Long-Term Disability Plans | Guardian<br>P.o. Box 677458<br>Dallas, TX 75267-7458 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | Haskoning<br>Laan 1914 nr 35 3818 EX Amersfoort<br>Postbus 1132<br>3800 BC Amersfoort, |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Employee FSA Service Provider | HealthEquity<br>15 W Scenic Pointe Dr<br>Draper, UT 84020-6118 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Hector Roman<br>Bahia del Ostién Nüm. Exterior: 5, Entre calle: Bahia del CamarOn y Bahia del Tiburon. Colonia: del Pescador Municipio Alvarado Lælalidad: Alvarado Entidad Veracruz. 9<br>Entidad Veracruz. 95250, |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Employee HSA Bank Provider | HSA Bank<br>P.o. Box 939<br>Sheboygan, WI 53082-0939 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Insurance General Liability,<br>Excess Liability, Directors & Officers | Indian Harbor Insurance Company<br>677 Washington Blvd., Suite 1000<br>Stamford, CT 06901 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract services | Infinity MEP Consultant<br>12014 Windfern Rd<br>Houston, TX 77064 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Ingessa<br>Calle de la Cruz del Río 21, 53110<br>Naucalpan de Juárez, México |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Insurance Foreign Liability | Insurance Company of State of Pennsylvania<br>1271 AVE OF THE AMERICAS FL 37<br>New York, NY 10020 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Insurance Premium Finance<br>Agreement | IPFS Corporation<br>P.o. Box 730223<br>Dallas, TX 75373-0223 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | ITP Interpipe<br>10333 Richmond Ave 450<br>Houston, TX 77042 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting services | J.William Jones Consulting Engineers Inc.<br>5561 Ocean Terrace Drive,<br>Huntington Beach, CA 92648 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | JFIG Consultancy and Services LLC<br>15 Royal Palm Way #602<br>Boca Raton, FL 33432 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Juan Chang<br>26706 Grey Peregrine Dr<br>Katy, TX 77494 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Karina Vásquez Vázquez<br>Av. Los Ríos No.201, Casa No.114, Colonia Tabasco 2000,<br>Villahermosa |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Keentel LLC<br>5407 Red Admiral Pl,<br>Riverview, FL 33578 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Kizer Energy, Inc.<br>16290 Katy Freeway 410<br>Houston, TX 77094 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle lease | Lexus Financial Services<br>PO Box 94305<br>Palatine, IL 60094 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting services | Luis Chiriboga<br>1017 Bear Creek Circle<br>Breaux Bridge, LA 70517 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease, Mexican Domicile | Manuela Valdez Navarrete<br>Calle Mangle lotes 7, 8 y 9 manzana "f" Entre calle Ciricote e Icaco c.p. 24110,<br>Cd. del Carmen, Camp. |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | McDermott SCM Americas (NSCA)<br>915 N. Eldridge Parkway<br>Houston, TX 77079 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement and amendments for offices located at 840 Gessner Rd, Ste 400, Houston TX | Memorial City Towers, LTD<br>P.O. Box 301409<br>Dallas, TX 75303 |
| | State the term remaining | 47 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Corporate insurance: auto | Mercury County Mutual Insurance Company<br>Po Box 10730<br>Santa Ana, CA 92711-1991 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | MODEC<br>15375 Memorial Drive 800<br>Houston, TX 77079 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | MoFlo Consulting<br>2423 Elkton Court<br>Pearland, TX 77584 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | MSA for engineering services | MPRL<br>Vantage Tower 623 Pyay Road Kamayut Township 11041<br>Yangon Myanmar |
| | State the term remaining | 31 months | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | MRM Energy Ventures, L.P.<br>2123 Bering Drive<br>Houston, TX 77057 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | NES Global LLC<br>800 Gessner Rd, #800<br>Houston, TX 77024 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.**
Name

Case number (if known) **26-90804**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Terms of Business for Permanent Recruitment | NES Global LLC<br>800 Gessner Rd, #800<br>Houston, TX 77024 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | MSA with specific PO | Nicholas Consulting Group<br>600 N. Marienfeld, 390<br>Midland, TX 79701 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Studies | NOMARNA<br>Calle 35 #326 int. 1 col. San Agustín del Palmar, Ciudad del Carmen, Campeche,<br>México; C.P. 24110 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Novellant Engeering Services LLC<br>440 Cobia Drive 301<br>Katy, TX 77494 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Water Injection Project<br>SO-113 | Oil and Human<br>Avenida Paseo Tabasco 1203, Torre Empresarial Piso 8 No. 60S A, Colonia Linda Vista,<br>Villahermosa, Tabasco, Mexico, CP 86050 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Olivier Andrieux<br>13507 Grand Masterpiece Lane,<br>Houston, TX 77041 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | telecommunications master service agreement | Phonoscope Inc<br>10555 Westoffice Drive<br>Houston, TX 77042 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Internet Service Provider | Phonoscope Inc<br>10555 Westoffice Drive<br>Houston, TX 77042 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Polaris Safety & Risk, LLC<br>19422 Carpenters Bayou Ct<br>Cypress, TX 77433 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Precision Architecture PLLC<br>17130 N Wayne Ln.<br>Pearland, TX 77584 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Employee Dental and Vision Plans | Principal Life Financial<br>8310 N Capital of Texas Hwy Ste 175<br>Austin, TX 78731-1044 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Promacon<br>219 Riverdale drive<br>Jefferson, LA 70121 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | MSA for engineering services | REPSOL<br>Edificio Antara II Av. Ejército Nacional NO. 843-B, Piso 6 Col. Granada, Alcaldia Miguel<br>Hidalgo Ciudad de México, C.P. 11520 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Schnee Engineering, Inc.<br>1403 River Cliff<br>Richmond, TX 77406 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Sean Thomas<br>2041 Western Village Ln<br>Houston, TX 77043 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Agreement (office copies service/maintenance) | Stargel Office Systems<br>4700 Blalock Rd<br>Houston, TX 77041-9239 |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | MSA for projects | STAT Marine LTD<br>Innovation House<br>Innovation Way, Sandwich, Kent<br>CT13 9FF United Kingdom, |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Subsea Systems & Intervention LLC<br>2005 Diamond Spring Drive<br>Houston, TX 77077 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Sugineer Services LLC<br>20519 Walnut Canyon Drive<br>Katy, TX 77450 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | 401k provider | T. Rowe Price Retirement Plan Services<br>P.O. Box 64012<br>Plan Number 657828<br>Baltimore, MD 21264-0001 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Tara Consulting<br>12523 Overcup Drive,<br>Houston, TX 77024 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | Techint Compania Tecnica Internacional S.A.C.I.<br>Bouchard 557, CABA, Argentina |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Service PO | Technohargrove<br>BELISARIO DOMINGUEZ 2120 PLANTA BAJA OFICINA 3 OBISPADO, MONTERREY 64060<br>MONTERREY, NL México |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Insurance: Workers Comp | Texas Mutual Insurance Company<br>PO Box 12058<br>Austin, TX 78711 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Name

Case number (if known) **26-90804**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Class 4 Esatimates, Execution schedule and Logistic Plans for Repsol Block 29 SPS & Subsea Concept Engineering | TUC Energy Solutions<br>Veracruz 207-A Col. Guadalupe,<br>Tampico, Tamaulipas, 89120 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Upchurch Intl<br>32 Quiet Vista Drive<br>Sugar Land, TX 77498 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | MSA | VAALCO ENERGY<br>9800 Richmond Ave., Suite 700<br>Houston, TX 77042 |
| | State the term remaining | 15 months | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services | VIAS3D<br>16000 Park Ten Place 301<br>Houston, TX 77084 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | MSA with specific PO | Viking Engineering<br>13501 Katy Fwy Ste 3300<br>Houston, TX |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | VIPRO Tech LLC<br>10525 Greenbough Drive<br>Stafford, TX 77477 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | MSA for consulting | Whytsyd Design<br>5722 Martha Ln<br>Houston, TX 77032-2630 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Secondment & Engineering Services | WILLIAMS<br>2800 Post Oak Blvd<br>Houston, TX 77056 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | IT Managed Services | Xirtix Consulting LLC<br>Po Box 56501<br>Houston, TX 77256-6501 |
| | State the term remaining | 35 months | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Doris USA, Inc.**
Name

Case number (if known) **26-90804**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name Doris USA, Inc.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 26-90804

❏ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

❏ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State ZIP Code | | ❏ D<br>❏ E/F<br>❏ G |
| 2.2 | | Street<br>City State ZIP Code | | ❏ D<br>❏ E/F<br>❏ G |
| 2.3 | | Street<br>City State ZIP Code | | ❏ D<br>❏ E/F<br>❏ G |
| 2.4 | | Street<br>City State ZIP Code | | ❏ D<br>❏ E/F<br>❏ G |

Debtor **Doris USA, Inc.** Case number (if known) **26-90804**
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Doris USA, Inc.** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): **26-90804** | Chapter **11** |

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*............ **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............ **$10,294,809.41**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............ **$10,294,809.41**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ **$800,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............ **$290,042.50**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ **+ $8,354,117.25**

4. **Total liabilities**............ **$9,444,159.75**
Lines 2 + 3a + 3b